FILED
MAY -1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>EDGAR RIGOBERTO MUNIZ-LOPEZ,<br><br>    Defendant. | Criminal Case No. 08CR1405-LAB<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |

The United States Attorney charges:

On or about April 4, 2008, within the Southern District of California, defendant EDGAR RIGOBERTO MUNIZ-LOPEZ, did knowingly and intentionally import approximately 24.26 kilograms (53.37 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: May 1, 2008.

KAREN P. HEWITT
United States Attorney

*/s/ John F. Weis*

DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:psd:Imperial
5/1/08